## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| Marthinus Fick, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER SETTING BRIEFING** |
| | ) | **SCHEDULE ON DISCOVERY** |
| v. | ) | **DISPUTE** |
| | ) | |
| Kinder Morgan G.P., LLC, | ) | |
| Hiland Crude, LLC, and | ) | |
| W.C. Striegel, Inc., | ) | Case No.: 1:23-cv-00007 |
| | ) | |
| Defendants. | ) | |

On March 26, 2024, the court held a status conference with the parties to discuss a discovery dispute arising in part out of a disagreement regarding the scheduling order. (Doc. No. 24). Based on the discussions articulated on the record, the court orders that Plaintiff Marthinus Fick ("Plaintiff") shall have until April 10, 2024, to file a motion pertaining to the dispute. Defendants Kinder Morgan G.P., LLC, Hiland Crude, LLC, and W.C. Striegel, Inc. ("Defendants") shall have until April 25, 2024, to respond to Plaintiff's motion. Plaintiff shall have until April 30, 2024, to reply to Defendants' responses.

**IT IS SO ORDERED.**

Dated this 26th day of March, 2024.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter, Magistrate Judge
United States District Court